# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Selina Miller,

                Plaintiff,

v.

Tyler Perry Production, Kanye West,
and Kim Kadisian,

                Defendants.

Civil No. 14-4950 (ADM/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed to the

Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files,

records and proceedings herein,

      **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff Selina Miller's application to proceed *in forma pauperis*
   [Doc. No. 2] is **DENIED**; and

3. The complaint [Doc. No. 1] is **SUMMARILY DISMISSED
   WITHOUT PREJUDICE FOR LACK OF JURISDICTION** under
   28 U.S.C. § 1915(e)(2)(B)(ii).

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 5, 2015           s/Ann D. Montgomery
                                ANN D. MONTGOMERY
                                United States District Judge